UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RHONDA GALE BESS, | Case No. 2:20-cv-01256-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Before the Court is Plaintiff Rhonda Gale Bess's Application for Leave to Proceed *in forma pauperis*. ECF No. 1. Plaintiff challenges the Social Security Administration's denial of Social Security Disability Insurance benefits and Supplemental Security Income benefits.

**I.     Application to Proceed *in forma pauperis***

Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Accordingly, Plaintiff's request to proceed *in forma pauperis* is granted.

**II.    Screening the Complaint**

Upon granting a request to proceed *in forma pauperis*, a court must additionally screen the complaint pursuant to 28 U.S.C. § 1915(e). A plaintiff must satisfy the following procedural requirements in order to file a complaint in a Social Security appeal before a federal district court: (1) the plaintiff must establish that she has exhausted her administrative remedies pursuant to 42 U.S.C. § 405(g), and that the civil action was commenced within sixty days after notice of a final decision; (2) the complaint must indicate the judicial district in which the plaintiff resides; (3) the complaint must state the nature of the plaintiff's disability and when the plaintiff claims she became disabled; and, (4) the complaint must contain a plain, short, and concise statement identifying the nature of the plaintiff's disagreement with the determination made by the Social Security Administration and show that the plaintiff is entitled to relief. *Montoya v. Colvin*, Case No. 2:16-cv-00454-RFB-NJK, 2016 WL 890922, at \*2 (D. Nev. Mar. 8, 2016) (internal citations omitted).

1  Here, Plaintiff's Complaint represents that she has exhausted her administrative remedies
2  and timely commenced this action after the Social Security Administration's Appeal Council denied
3  her request for review (ECF No. 1-1 ¶¶ 4-5); indicates the judicial district within which she resides
4  (*id*. ¶ 1); alleges that she suffers from "degenerative disc disease of the lumbar spine, osteoarthritis
5  of the hips and knees, chronic obstructive pulmonary disease, obesity, temporomandibular joint, and
6  Bell's Palsy" (*id*. ¶ 7); and, states the Commissioner committed reversible error by relying "on a job
7  that does not constitute 'past relevant work'" at step four of the five-step sequential evaluation
8  process.  *Id*. ¶ 8 (internal citations omitted).  Plaintiff's Complaint shall therefore proceed against
9  Defendant.

10  Accordingly,

11  IT IS HEREBY ORDERED that Plaintiff's Application for Leave to Proceed *in forma*
12  *pauperis* (ECF No. 1) is GRANTED.

13  IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1-1) **shall** proceed against
14  Defendant.

15  IT IS FURTHER ORDERED that the Clerk of the Court **shall** detach and file Plaintiff's
16  Complaint (ECF No. 1-1).

17  IT IS FURTHER ORDERED that the Clerk of the Court **shall** serve the Commissioner of
18  the Social Security Administration by sending a copy of the Summons and Complaint by certified
19  mail to:  (1) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160
20  Spear Street, Suite 800, San Francisco, CA 94105, and (2) the Attorney General of the United States,
21  Department of Justice, 950 Pennsylvania Ave. NW, Washington DC 20530.

22  IT IS FURTHER ORDERED that the Clerk of the Court **shall** issue Summons to the United
23  States Attorney for the District of Nevada, and deliver the Summons and Complaint to the U.S.
24  Marshal for service.

25  IT IS FURTHER ORDERED that Defendant **shall** have **sixty (60) days** from the date of
26  service to file his answer or responsive pleading to Plaintiff's Complaint in this case.

27  IT IS FURTHER ORDERED that, henceforth, Plaintiff **shall** serve upon Defendant a copy
28  of every pleading, motion, or other document submitted for consideration by the Court.  Plaintiff

2

1 shall include with the original paper submitted for filing a certificate stating the date that a true and
2 correct copy of the document was mailed to Defendant.  The Court may disregard any paper received
3 by a district judge, magistrate judge, or the Clerk of the Court which fails to include a certificate of
4 service.

DATED THIS 7th day of July, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE