NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA BESS, | Case No.: 2:20-cv-01256-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 25, 2021                    Respectfully submitted,

                                                       OSTEROUT DISABILITY LAW, LLC

                                                       */s/ Lindsay F. Osterhout*
                                                       LINDSAY F. OSTERHOUT
                                                       (*as authorized via email on February 23, 2021)
                                                       Attorney for Plaintiff

Dated:  February 25, 2021                    Respectfully submitted,

                                                       NICHOLAS A. TRUTANICH
                                                       United States Attorney

                                                       */s/ Allison J. Cheung*
                                                       ALLISON J. CHEUNG
                                                       Special Assistant United States Attorney
                                                       Attorneys for Defendant

                                                       IT IS SO ORDERED:

                                                       _____
                                                       HON. ELAYNA J. YOUCHAH
                                                       UNITED STATES MAGISTRATE JUDGE

                                                       DATED: February 25, 2021